Walter Thiede and Edwin Johnson, Trading as Thiede and Johnson, Plaintiffs-Appellees, v. Tractor and Equipment Company, Defendant-Appellant.

Gen. No. 9,842.

Harry G. Fins, for appellant; Earl S. Hodges, for appellees; Maurice Kepner, of counsel. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed November 5, 1952; released for publication December 2, 1952.